UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CASE NO.: 6:24-CV-00284**

VICTOR ARIZA,

      Plaintiff,

vs.

ADEGA GAUCHA ORLANDO, LLC,

      Defendant.

---

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice. The parties also intend to file a motion to adopt a consent decree.

Dated: April 18, 2024.

139258542.1   1

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 North Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351-7919 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email: rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**LEWIS BRIBOIS BISGAARD & SMITH LLP**
Counsel for Defendant
110 SE 6th Street Sute 2600
Fort Lauderdale, FL  33301
(954) 302-4152
Jonathan.beckerman@lewisbrisbois.com
Daniel.gonzalez@lewisbrisbois.com


By ___*/s/ Daniel Eric Gonzalez*_____
        DANIEL ERIC GONZALEZ
        Fla. Bar No. 118696

139258542.1  2